UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHELLEY L. STANGLER, P.C.
155 MORRIS AVENUE, 2ND FLOOR
SPRINGFIELD, NJ 07081
PHONE (973) 379-2500 FAX (973) 379-0031
Attorney for Plaintiffs

| | |
|---|---|
| MOHAMMAD R. RAHAMI, MOHAMMAD K. RAHAMI, JR., MOHAMMAD Q. RAHAMI, <br><br> Plaintiffs, <br> vs. <br><br> THE CITY OF ELIZABETH, THE ELIZABETH POLICE DEPARTMENT, OFFICER J. CORREIA, OFFICER L. BOONE, OFFICER JOSEPH WASSELL, OFFICER HECTOR CABO, DETECTIVE V. TROPEANO, SERGEANT BURNS, LIEUTENANT JOHN BASTARDO, CHIEF OF POLICE RONALD SIMON, POLICE DIRECTOR JAMES COSGROVE, JAMES DEAN MCDERMOTT, JOHN DOES 1-5 and ABC ENTITIES 1-5 (fictitious names representing as yet unidentified persons, business or governmental entities or agencies, subdivisions or agents of governmental entities), <br><br> Defendants. | CIVIL ACTION <br><br> Civ No: <br><br><br> DISCLOSURE STATEMENT |

The undersigned counsel for <u>Mohammad R. Rahami, Mohammad K. Rahami Jr. and Mohammad Q. Rhami</u>, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____

OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Law Office of Shelley L. Stangler
Name of P.C.

_____
Print Name

155 Morris Avenue
Address

4/6/11
Date

Springfield, New Jersey 07081
City/State/Zip Code