# LA CORTE, BUNDY, VARADY & KINSELLA

ATTORNEYS AT LAW
989 BONNEL COURT
UNION, NEW JERSEY 07083
(908) 810-0500
FAX: (908) 810-0513

E-Mail: LBVKlaw@LBVKlaw.com

NICHOLAS S. LA CORTE (1911-1978)
GARY A. BUNDY
ROBERT F. VARADY *†
CHRISTOPHER J. KINSELLA *

RICHARD M. BROCKWAY

\* NY BAR
† CERTIFIED CIVIL TRIAL ATTORNEY

IN REPLY REFER TO FILE NO.

June 30, 2011

**Via Electronic Filing Only**
Magistrate Judge Joseph A. Dickson
M.L.K., Jr. Federal Building &
　　U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

　　　　Re:　Rahami, Mohammad, et al v. City of Elizabeth
　　　　　　Civil Action No.: 2:11-cv-01953-DMC-JAD

Dear Judge Dickson:

　　I am writing this letter to confirm that I have spoken with the City Attorney and the Police Director and everyone is available for the August 3, 2011 settlement conference. That conference will commence at 11:00 a.m. I look forward to seeing you at that time.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LACORTE, BUNDY, VARADY & KINSELLA

　　　　　　　　　　　　　　　　By:　s/Robert F. Varady
　　　　　　　　　　　　　　　　　　　Robert F. Varady, Esq.

RFV:jc
　　cc:　Shelly L. Stangler, P.C. (Via Electronic Filing Only)