*The Law Offices Of*

# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

July 19, 2011

Magistrate Judge Joseph A. Dickson
U.S. Courthouse for the District of Newark
Martin Luther King Building
50 Walnut Street, Room 5A
Newark, NJ 07102

Re: Mohammad R. Rahmi, et al v. The City of Elizabeth, et al
Civil Case No: 2:11-01953-DMC-JAD

Dear Judge Dickson:

We represent plaintiff in the above matter, currently scheduled for a settlement conference on August 3, 2011. I am writing to request an adjournment and have obtained the consent of my adversary representing the City of Elizabeth.

I have not been able to meet or speak with my client since the conference. I am advised that he is in Pakistan. He was supposed to return by July 14, 2011, but is apparently is having trouble getting an available plane seat and ticket back to the United States. I am concerned that he will not be available for August 3 and that I will not have sufficient opportunity to discuss the matter with him.

We would request that the settlement conference be scheduled after labor day in September 2011. I am advised that my adversary is away the last 2 weeks of August.
I would ask for a date either September 7 or 8th as I am commencing a pre-emptory trial September 12, 2011 in Hunterdon County, Estate of Davies v. Accessible Van & Mobility, LLC. et als, Docket No. HNT-L-309-07 which is anticipated to last about 3 weeks.

In addition, I request that the Order pertaining to amendment of the Complaint also be postponed until after the settlement conference.

Thank you for your consideration.

Very truly yours,

SHELLEY L. STANGLER, ESQ.

cc: Robert F. Varady, Esq.
 Robert Renaud, Esq.
 Kraig Dowd, Esq.
 Guy P. Ryan, Esq.
 Edward Kologi, Esq.
 Daniel Antonelli, Esq.
 Bruce H. Bergen, Esq.