```
LACORTE, BUNDY, VARADY & KINSELLA
989 BONNEL COURT
UNION, NEW JERSEY 07083
(908) 810-0500
ATTORNEY FOR DEFENDANTS, City of Elizabeth, Elizabeth Police
Department, Chief of Police Ronald Simon, Police Director James
Cosgrove and Lieutenant John Bastardo
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMMAD R. RAHAMI,<br>MOHAMMAD K. RAHAMI, JR.,<br>MOHAMMAD Q. RAHAMI,<br><br>Plaintiffs<br><br>v<br><br>THE CITY OF ELIZABETH, THE ELIZABETH POLICE DEPARTMENT, OFFICER J. CORREIA, OFFICER L. BOONE, OFFICER JOSEPH WASSELL, OFFICER HECTOR CABO, DETECTIVE V. TROPEANO, SERGEANT BURNS, LIEUTENANT JOHN BASTARDO, CHIEF OF POLICE RONAL SIMON, POLICE DIRECTOR JAMES COSGROVE, JAMES DEAN MCDERMOTT, JOHN DOES 1-5 and ABC ENTITIES 1-5 (fictitious names representing as yet unidentified persons, business or governmental entities or agencies, subdivisions or agents of governmental entities),<br><br>Defendants. | Civil Action No.: 2:11-cv-01953-DMC-JAD<br><br>CIVIL ACTION<br><br>NOTICE OF MOTION TO STAY AND ADMINISTRATIVELY DISMISS PLAINTIFF'S COMPLAINT |

**TO:**  Shelly L. Stangler, P.C.
155 Morris Avenue
2nd Floor
Springfield, NJ 07081

Robert Renaud, Esq.
Palumbo and Renaud
190 North Avenue East
Cranford, NJ  07016

```
Joseph Ascione, Esq.
Ascione & Wilson
226 St. Paul
Westfield, NJ 07090

Kraig Dowd, Esq.
Weber Dowd Law, LLC
365 Rifle Camp Road
West Paterson, NJ 07424

Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue
Building 1
Toms River, NJ 08753

Edward Kologi, Esq.
Kologi & Simitz
923 North Wood Avenue
Linden, New Jersey 07036

Daniel Antonelli, Esq.
1000 Stuyvesant Avenue
Union, NJ 07083

Bruce H. Bergen, Esq.
Krevsky, Silber & Bergen
Cleveland Plaza
123 North Union Avenue
Suite 202
P.O. Box 99
Cranford, NJ 07016-0099
```

**RETURNABLE:**            To be scheduled by the Court.

**PLACE:**                 United States District Court
                           Martin Luther King Jr. Federal Building
                               And U.S. Courthouse
                           50 Walnut Street
                           Newark, NJ  07102

**RELIEF SOUGHT:**   An Order staying and administratively dismissing plaintiff's complaint.

**SUPPORTING DOCUMENTS:**   See attached Affidavit and brief and Appendix of City of Elizabeth.

**ARBITRATION DATE:**   None.

| | |
|---|---|
| **PRETRIAL CONFERENCE:** | None. |
| **CALENDAR CALL:** | None. |
| **TRIAL DATE:** | None. |
| **ORAL ARGUMENT:** | To be scheduled by the Court. |
| **CERTIFICATION AS TO FILING AND SERVICE:** | See attached Certification of Service. |

                **LaCorte, Bundy, Varady & Kinsella**
                Attorneys for Defendant, City of Elizabeth

                By:   s/Robert F. Varady
                         Robert F. Varady, Esq.

Dated:   February 23, 2012

## *PROOF OF MAILING*

On February 23, I, the undersigned, forwarded a copy of the within Notice of Motion, supporting brief, Certification of Exhibits, Certification of Service and proposed form of Order via electronic filing to:

Shelly L. Stangler, P.C.
155 Morris Avenue
2nd Floor
Springfield, NJ 07081

Robert Renaud, Esq.
Palumbo and Renaud
190 North Avenue East
Cranford, NJ  07016

Joseph Ascione, Esq.
Ascione & Wilson
226 St. Paul
Westfield, NJ 07090

Kraig Dowd, Esq.
Weber Dowd Law, LLC
365 Rifle Camp Road
West Paterson, NJ 07424

Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue
Building 1
Toms River, NJ 08753

Edward Kologi, Esq.
Kologi & Simitz
923 North Wood Avenue
Linden, New Jersey 07036

Daniel Antonelli, Esq.
1000 Stuyvesant Avenue
Union, NJ 07083

Bruce H. Bergen, Esq.
Krevsky, Silber & Bergen
Cleveland Plaza
123 North Union Avenue
Suite 202
P.O. Box 99
Cranford, NJ 07016-0099

I also certify that on February 23, 2012, I, the undersigned, forwarded a copy of the within Notice of Motion, supporting brief, Certification of Exhibits, Certification of Service and proposed form of Order via electronic filing to:

>   Motions Clerk
>   United States District Court
>   Martin Luther King Jr. Federal Building
>       And U.S. Courthouse
>   50 Walnut Street
>   Newark, NJ  07102

I also certify that on February 23, 2012, I, the undersigned, forwarded a copy of the within Notice of Motion, supporting brief, Certification of Exhibits, Certification of Service and proposed form of Order via regular mail to:

>   Magistrate Joseph A. Dickson
>   M.L.K., Jr. Federal Building &
>       U.S. Courthouse
>   50 Walnut Street
>   Newark, NJ 07102
>
>   Honorable Dennis M. Cavanaugh
>   United States District Court
>   Frank R. Lautenberg U.S.P.O. Courthouse Building
>   Room 451
>   Federal Square
>   P.O. Box 999
>   Newark, NJ 07101-0999

*[signature]*
Jessica Cunha, Paralegal/Secretary