PALUMBO & RENAUD
ATTORNEYS AT LAW

ANTHONY N. PALUMBO                                    190 NORTH AVE. E. (RTE. 28)
MEMBER NJ, NY & TX BAR                                CRANFORD, NEW JERSEY 07016
ROBERT F. RENAUD                                              TEL. (908) 272-9700
CERTIFIED BY THE SUPREME COURT OF                             FAX  (908) 272-9029
NEW JERSEY AS A CIVIL TRIAL ATTORNEY          e-mail: cdeappolonio@palumborenaud.com
CATHERINE M. DEAPPOLONIO
MEMBER NJ, NY BAR

February 24, 2012

*Via Electronic Filing*
Hon. Joseph A. Dickson, U.S.M.J.
M.L. King Federal Building & Courthouse
50 Walnut Street, Room
Newark, N.J.   07102


RE:   Rahimi et al. v. City of Elizabeth, et als.
      Case No.: 2:11-cv-01953-DMC-JAD

Dear Judge Dickson:

We represent defendant Correira in connection with the above captioned matter.  Please accept this letter in lieu of a more formal submission.  This firm is in receipt of the Notice of Motion to Stay filed on behalf of defendants John Bastardo, James Cosgrove, Ronald Simon, the City of Elizabeth and the Elizabeth Police Department.

Defendant Correira hereby adopts the arguments, contained in Mr. Varady's Brief dated February 23, 2012, submitted in support of the motion for a stay. [Document 32].

Thank you for your courtesies.


Respectfully submitted,

PALUMBO & RENAUD

*s/ Catherine M. DeAppolonio*

Catherine M. DeAppolonio

Cc:    Robert F. Varady, Esq.
       Shelley Stangler, Esq.
       Edward Kologi, Esq.
       Bruce Bergen, Esq.
       Daniel Antonelli, Esq.
       Guy Ryan, Esq.
       Janyce Wilson, Esq.
       Kraig M. Dowd, Esq.
       Officer J. Correira