*Law Offices*
# KREVSKY, SILBER & BERGEN
Cleveland Plaza
123 North Union Avenue, Suite 202
P. O. Box 99
Cranford, New Jersey 07016-0099

**Harold Krevsky**
**Ronald Silber+**
**Philip M. Krevsky**
**Ellen Horowitz Krevsky**
**Bruce H. Bergen***
*NJ & NY Bars
+Retired

Telephone (908) 276-8855
Telefax   (908) 276-8859

E-mail bhb@ksbblaw.com

February 29, 2012
File #11-202

Magistrate Judge Joseph A. Dickson
US Courthouse for District of Newark
MLK Bldg.
50 Walnut Street, Room 5A
Newark, New Jersey 07101

      RE:   RAHAMI, et al. v. CITY OF ELIZABETH, et al.
               Civil Action No. 2:11cv01953 (DMC/JAD)

My dear Judge Dickson:

     As the Court records will reflect, we are attorneys for James Dean McDermott, defendant in the above noted matter. We are in receipt of the Notice of Motion to Stay filed on behalf of numerous defendants in the within matter. By this letter, on behalf of our client, we do hereby join in the referenced motions and adopt the arguments contained in the February 23, 2012, brief of Robert F. Varady, Esq., which was submitted in support of the Motion to Stay.

Respectfully yours,

KREVSKY, SILBER & BERGEN

Bruce H. Bergen, Esq.

BHB/sp

*via electronic filing*
cc:  Kraig M. Dowd, Esq.
      Robert F. Varady, Esq.
      Robert Renaud, Esq.
      Janyce M. Wilson, Esq.
      Guy P. Ryan, Esq.
      Daniel Antonelli, Esq.
      Edward J. Kologi, Esq.
      Shelley L. Stangler, Esq.