*The Law Offices Of*

## SHELLEY L. STANGLER, P.C.

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL:SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

SHELLEY L. STANGLER
—————————
MEMBER N.J. & N.Y. BAR

LISA M. CURRY
—————————
MEMBER N.J. & P.A. BAR

JUDITH L. ROSENTHAL-NILES
OF COUNSEL
—————————
MEMBER N.J. BAR

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

March 12, 2012

The Hon. Dennis M. Cavanaugh
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Mohammad R. Rahami, et al v. The City of Elizabeth, et al
Civil Case No: 2:11-01953-DMC-JAD**

Dear Judge Cavanaugh:

Please be advised that the parties have resolved the pending motion for a Stay and Adminstrative Termination of the above action pending resolution of a concurrent criminal matter in the New Jersey state courts. There is an agreed upon form of order which will be submitted as a Consent Order upon execution by the various parties.

Therefore plaintiff will not be submitting any motion papers on the due date, which is tomorrow, March 13, 2012.

Respectfully,

SHELLEY L. STANGLER, ESQ.

SLS/cs
cc: Robert F. Vardy, Esq.
    Bruce H Bergen, Esq.
    Robert F. Renaud, Esq.
    Kraig M. Dowd, Esq.
    Edward J. Kologi, Esq.
    David Antonelli, Esq.
    Guy P. Ryan, Esq.
    Janyce M. Wilson, Esq.