*The Law Offices Of*
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

October 8, 2012

VIA ELECTRONIC FILING
Kevin McNulty, U.S.D.J.
U.S. Courthouse for the District of Newark
Martin Luther King Building
50 Walnut Street, PO 04
Newark, NJ 07102

Re: **Mohammad R. Rahami, et al v. The City of Elizabeth, et al**
**Civil Case No: 2:11-01953-DMC-JAD**

Dear Judge McNulty:

In accordance with the motion of defendants to stay this action, enclosed please find a form of Consent Order which is acceptable to all parties.

This civil rights matter involves claims of false arrest and malicious prosecution, among other claims. There is an appeal pending in state court under A-472-11T4. The appeal concerns the constitutionality of the statute which is the subject of the arrest and malicious prosecution claims made herein, as well as claims regarding the plea at the municipal court level and other issues which impact the claims in this federal claim.

Therefore a stay is appropriate as set forth in the filed motion, docket entry 32.

Thank you for your consideration.

Very truly yours,

SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Robert F. Vardy, Esq.
 Bruce H Bergen, Esq.
 Robert F. Renaud, Esq.
 Kraig M. Dowd, Esq.
 Edward J. Kologi, Esq.
 David Antonelli, Esq.
 Guy P. Ryan, Esq.
 Janyce M. Wilson, Esq.