UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SHELLEY L. STANGLER, P.C.
155 MORRIS AVENUE, 2ND FLOOR
SPRINGFIELD, NJ 07081
PHONE (973) 379-2500 FAX (973) 379-0031
Attorney for Plaintiffs

| | |
|---|---|
| MOHAMMAD R. RAHAMI, MOHAMMAD K. RAHAMI, JR., MOHAMMAD Q. RAHAMI, <br><br> Plaintiffs, <br> vs. <br><br> THE CITY OF ELIZABETH, THE ELIZABETH POLICE DEPARTMENT, OFFICER J. CORREIA, OFFICER L. BOONE, OFFICER JOSEPH WASSELL, OFFICER HECTOR CABO, DETECTIVE V. TROPEANO, SERGEANT BURNS, LIEUTENANT JOHN BASTARDO, CHIEF OF POLICE RONALD SIMON, POLICE DIRECTOR JAMES COSGROVE, JAMES DEAN MCDERMOTT, JOHN DOES 1-5 and ABC ENTITIES 1-5 (fictitious names representing as yet unidentified persons, business or governmental entities or agencies, subdivisions or agents of governmental entities), <br><br> Defendants. | CIVIL ACTION <br><br> Civ No: 2:11-cv-01953-DMC-JAD <br><br><br> ORDER |

**THIS MATTER**, having been presented to the Court upon application of plaintiffs Mohammad R. Rahami, Mohammad K. Rahami and Mohammad Q. Rahami for an Order staying plaintiff's complaint and the parties having agreed and consented to the following Order, and for good cause shown:

IT IS ON THIS _10th_ DAY OF _October,_ 2012;

ORDERED:

    1.    That the action is a stayed and administratively terminated, with leave to move, upon a proper notice of motion and in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules, for ancillary relief or to re-open this action within 45 days of resolution of the pending criminal matter in state court by way of judgment, settlement, termination or other disposition proof of which is to be provided in the moving papers on the motion to reopen; and

    2.    That plaintiff's complaint against the Elizabeth Police Department only be dismissed with prejudice; and

    3.    That the Clerk of the Court designate the action as stayed; and

    4.    That a copy of the within Order be served upon all parties within _10_ days of the date this Order.

Hon. Kevin McNulty, U.S.D.J.

THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Law Offices of Shelley L. Stangler, P,C.
155 Morris Avenue
Springfield, NJ 07081
Attorney for Plaintiffs

By: _____
    Shelley L. Stangler, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
LaCorte, Bundy, Varady & Kinsella
989 Bonnel Court
Union, NJ 07083
Attorneys for City of Elizabeth, Elizabeth Police Department, Chief Simon and
Director Cosgrove

2

THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Law Offices of Shelley L. Stangler, P.C.
155 Morris Avenue
Springfield, NJ 07081
Attorney for Plaintiffs

By: _____

    Shelley L. Stangler, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
LaCorte, Bundy, Varady & Kinsella
989 Bonnel Court
Union, NJ 07083
 Attorneys for City of Elizabeth, Elizabeth Police Department, Chief Simon and
Director Cosgrove

By: _____

    Robert F. Varady, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Krevsky, Silber & Bergen
Cleveland Plaza
123 North Union Avenue, Suite 202
Cranford, New Jersey 07016-0099
Attorneys for James Dean McDermott


By: _____

    Bruce H. Bergen, Esq.

THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Krovsky, Silber & Bergen
Cleveland Plaza
12 North Union Avenue, Suite 302
Cranford, New Jersey 07016-0009
Attorneys for James Dean Niclenson


By: _____
       Bruce H. Bergen, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Palumbo & Renaud
190 North Avenue East (Rte. 28)
Cranford, NJ 07016
Attorneys for Officer J. Correia


By: _____
       Robert F. Renaud, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Weber & Dowd Law
365 Rifle Camp Road
Woodland Park, NJ 07424
Attorneys for Officer Joseph Wassel


By: _____
       Kraig M. Dowd, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Edward J. Kologi, Esq.
925 North Wood Avenue
Linden, NJ 07036
Attorney for Detective Vito Izopiano


By: _____
       Edward J. Kologi, Esq.

By: _____
   Robert F. Varady, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Krevsky, Silber & Bergen
Cleveland Plaza
123 North Union Avenue, Suite 202
Cranford, New Jersey 07016-0099
Attorneys for James Dean McDermott


By: _____
   Bruce H. Bergen, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Palumbo & Renaud
190 North Avenue East (Rte 28)
Cranford, NJ 07016
Attorney for Officer J. Correira


By: _____
   Robert F. Renaud, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Weber & Dowd Law
365 Rifle Camp Road
Woodland Park, NJ 07424
Attorneys for Officer Joseph Wassell


By: _____
   Kraig M. Dowd, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Edward J. Kologi, Esq.
923 North Wood Avenue
Linden, NJ  07036

3

TO AND CONSENTED TO:
Weber & Dowd Law
365 Rifle Camp Road
Woodland Park, NJ 07424
Attorneys for Officer Joseph Wassell

By: _____

   Kraig M. Dowd, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Edward J. Kologi, Esq.
923 North Wood Avenue
Linden, NJ 07036
Attorney for Detective Vito Tropeano


By:_____

   Edward J. Kologi, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Daniel Antonelli, Esq.
1000 Stuyvesant Avenue, Suite 1
Union, NJ 07083

By: _____

   Daniel Antonelli, Esq.


THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:
Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue, Suite 1A
Toms River, NJ 08753
Attorneys for Officer Harry de Cabo improperly plead as Officer Hector Cabo


By: _____

   Guy P. Ryan, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Krevsky, Silber, Brown & Bergen
Cleveland Plaza
123 North Union Avenue, Suite 202
Cranford, New Jersey 07016-0099
Attorneys for James Dean McDermott


**By:** _____
    **Bruce H. Bergen, Esq.**


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Palumbo & Renaud
190 North Avenue East (Rte 28)
Cranford, NJ 07016
Attorney for Officer J. Correira


**By:**_____
    **Robert F. Renaud, Esq.**


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Weber & Dowd Law
365 Rifle Camp Road
Woodland Park, NJ 07424
Attorneys for Officer Joseph Wassell


**By:**_____
    **Kraig M. Dowd, Esq.**


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Edward J. Kologi, Esq.
923 North Wood Avenue
Linden, NJ 07036
Attorney for Detective Vito Tropeano


**By:** _____
    **Edward J. Kologi, Esq.**

Attorney for Detective Vito Tropeano

By: _____
    Edward J. Kologi, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Daniel Antonelli, Esq.
1000 Stuyvesant Avenue, Suite 1
Union, NJ 07083
Attorneys for Defendant, Sergeant Burns

By: _____
    Daniel Antonelli, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue, Suite 1A
Toms River, NJ 08753
Attorneys for Officer Harry de Cabo improperly plead as Officer Hector Cabo

By: _____
    Guy P. Ryan, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Ascione & Wilson
226 St. Paul Street
Westfield, NJ 07090
Attorneys for Officer L. Boone

By: _____
    Janyce M. Wilson, Esq.

Attorney for Detective Vito Tropeano


By: _____
   Edward J. Kologi, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Daniel Antonelli, Esq.
1000 Stuyvesant Avenue, Suite 1
Union, NJ 07083


By: _____
   Daniel Antonelli, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Guy P. Ryan, Esq.
Secare. Ryan & Hensel
16 Madison Avenue, Suite 1A
Toms River, NJ 08753
Attorneys for Officer Harry de Cabo improperly plead as Officer Hector Cabo


By: _____ 9/10/12
   Guy P. Ryan, Esq.


**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Ascione & Wilson
226 St. Paul Street
Westfield, NJ 07090
Attorneys for Officer L. Boone


By: _____
   Janyce M. Wilson, Esq.


4

Attorney for Detective Vito Lospenso

By: _____
    Edward J. Kologi, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Daniel Antonelli, Esq.
1000 Stuyvesant Avenue, Suite 1
Union, NJ 07083

By: _____
    Daniel Antonelli, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue, Suite 1A
Toms River, NJ 08753
Attorneys for Officer Harry deCabo improperly plead as Officer Riccardella

By: _____
    Guy P. Ryan, Esq.

**THIS ORDER IS HEREBY AGREED
TO AND CONSENTED TO:**
Ascione & Wilson
226 St. Paul Street
Westfield, NJ 07090
Attorneys for Officer J. Boone

By: _____
    Janyce M. Wilson, Esq.