## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**SHELLEY L. STANGLER, P.C.**
**155 MORRIS AVENUE, 2ND FLOOR**
**SPRINGFIELD, NJ 07081**
**PHONE (973) 379-2500 FAX (973) 379-0031**
**Attorney for Plaintiffs**

| | |
|---|---|
| **MOHAMMAD R. RAHAMI,** <br> **MOHAMMAD K. RAHAMI, JR., and** <br> **MOHAMMAD Q.  RAHAMI,** <br><br> Plaintiffs, <br> **vs.** <br><br><br> **THE CITY OF ELIZABETH, THE** <br> **ELIZABETH POLICE DEPARTMENT,** <br> **OFFICER J. CORREIA, OFFICER L.** <br> **BOONE, OFFICER JOSEPH WASSELL,** <br> **OFFICER HECTOR CABO, DETECTIVE** <br> **V. TROPEANO, SERGEANT BURNS,** <br> **LIEUTENANT JOHN BASTARDO,** <br> **CHIEF OF POLICE RONALD SIMON,** <br> **POLICE DIRECTOR JAMES** <br> **COSGROVE, JAMES DEAN** <br> **MCDERMOTT, JOHN DOES 1-5 and ABC** <br> **ENTITIES 1-5,** <br><br> Defendants. | **CIVIL ACTION** <br><br> **Civ No:  2:11-cv-01953-DMC-JAD** <br><br><br> **NOTICE OF MOTION TO** <br> **BE RELIEVED AS COUNSEL** <br><br> **(FILED UNDER SEAL)** |

TO:

Mr. Mohammad R. Rahami
104 Elmora Avenue, 2d floor
Elizabeth, NJ 07202

Mr. Mohammad Q. Rahami
104 Elmora Avenue, 2d Floor
Elizabeth, NJ 07202

Mr. Mohammad K. Rahami, Jr.
12 Harbor Terrace, APT 1 E
Perth Amboy, NJ 08861

LaCorte, Bundy, Varady & Kinsella
989 Bonnel Court
Union, NJ 07083
Attn:  Robert F. Varady, Esq.
Attorneys for City of Elizabeth, Elizabeth Police
Department, Chief Simon and Director Cosgrove

Krevsky, Silber & Bergen
Cleveland Plaza
123 North Union Plaza, Ste. 202
P.O. Box 99
Cranford, New Jersey 07016-0099
Attn:  Bruce H. Bergen, Esq.
Attorneys for James Dean McDermott

Palumbo & Renaud
190 North Avenue East (Rte 28)
Cranford, NJ 07016
Attn:  Robert F. Renaud, Esq.
Attorney for Officer J. Correira

Weber & Dowd
365 Rifle Camp Road
Woodland Park, NJ 07424
Attn:  Kraig M. Dowd, Esq.
Attorneys for Officer Joseph Wassell

Edward J. Kologi, Esq.
923 North Wood Avenue
Linden, NJ  07036
Attorney for Detective Vito Tropeano

Daniel Antonelli, Esq.
1000 Stuyvesant Avenue, Suite 1
Union, NJ 07083

Guy P. Ryan, Esq.
Secare, Ryan & Hensel
16 Madison Avenue, Suite 1A
Toms River, NJ 08753
Attorneys for Officer Harry de Cabo

Ascione & Wilson
226 St. Paul Street
Westfield, NJ 07090
Attn: Janyce M. Wilson, Esq.
Attorneys for Officer L. Boone

PLEASE TAKE NOTICE that on Monday, **March 2, 2015**, at 9:00 o'clock in the forenoon or as soon thereafter as Motions may be heard, the undersigned attorneys for plaintiffs shall apply to Magistrate Judge Joseph A. Dickson, United States District Court, Newark Vicinage, 50 Walnut Street, Newark, New Jersey 07102, for an Order relieving the undersigned and the law firm of Shelley L. Stangler, P.C. as counsel for plaintiffs.

PLEASE TAKE FURTHER NOTICE that Petitioners' counsel shall rely upon the annexed Certification and Brief in support of said Motion, the Certification is filed under seal to protect the patient/client from prejudice.

PLEASE TAKE FURTHER NOTICE that the movant waives oral argument unless this Motion is opposed.

PLEASE TAKE FURTHER NOTICE that no trial date has been assigned to this case.

SHELLEY L. STANGLER, P.C.
Attorneys for Plaintiff

By:  _____
SHELLEY L. STANGLER, ESQ.

Dated:  February 3, 2015