# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW
MEMBER N.J. & N.Y. BAR

JUDITH L. ROSENTHAL
OF COUNSEL
MEMBER N.J. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
800 6TH AVENUE
STE. 5B
NEW YORK, NY 10001
TEL: 646.205.0659

May 22, 2015

VIA ELECTRONIC FILING
& FAX 973-645-4412
Magistrate Judge Steven C. Mannion
U.S. Courthouse for the District of Newark
Martin Luther King Building
50 Walnut Street, Room 5A
Newark, NJ 07102

Re: Mohammad R. Rahami, et al v. The City of Elizabeth, et al
Civil Case No: 2:11-cv-01953-DMC-JAD

Dear Judge Mannion:

A hearing with respect to the above matter had been adjourned from May 13, 2015 to May 27, 2015. Please be advised we have no coverage for May 27, 2015. Counsel will be on vacation and covering attorney is also unavailable due to court ordered depositions in Corporate Realty Solutions v. Croghan, et al., SOM-C-12057-14 we therefore ask the court adjourn the matter.

Respectfully yours,

SHELLEY L. STANGLER, ESQ.

SLS/mf
Enc.

cc: Robert F. Vardy, Esq.
    Bruce H Bergen, Esq.
    Robert F. Renaud, Esq.
    Kraig M. Dowd, Esq.
    Edward J. Kologi, Esq.
    David Antonelli, Esq.
    Guy P. Ryan, Esq.
    Janyce M. Wilson, Esq.
    Mohammed R. Rahami
    Mohammed Q. Rahami
    Mohammed K. Rahami