# KOLOGI • SIMITZ
## COUNSELLORS AT LAW

**EDWARD J. KOLOGI, ESQ.**
CERTIFIED BY THE NEW JERSEY SUPREME COURT
AS A CIVIL TRIAL ATTORNEY

**MICHAEL S. SIMITZ, ESQ.**
ALSO ADMITTED IN NY

500 NORTH WOOD AVENUE
SUITE 4B
LINDEN, NJ 07036
PHONE (908)486-8877
FAX (908)486-3911

503 UNION AVENUE (ROUTE 71)
(KENNEDY LAW FIRM BUILDING)
BRIELLE, NJ 08730
PHONE (732)221-0606
FAX (732)612-3437

E_KOLOGI_ESQ@COMCAST.NET
MICHAELSIMITZ@AOL.COM
WWW.KOLOGI-SIMITZ.COM

June 30, 2015

Honorable Judge Leda D. Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
Via ECF Only

> Re:  Rahami v. City of Elizabeth, et al.
>       Case No. 2:11-cv-01953 KM/LDW

Your Honor:

This office represents Defendant Vito Tropeano.  As per your Honor's June 24, 2015 Order, please accept this letter as a status update on the case.

The matter remains stayed pending the Order of this Court given the *Heck* issue which bars the Plaintiffs' causes of action.  Though Plaintiffs' criminal appeal of the convictions was denied by the Superior Court of New Jersey, Appellate Division, the Plaintiffs filed a Petition for Post-Conviction Relief on or about July 8, 2014, to withdraw the guilty plea entered in Elizabeth Municipal Court.  As a result of this filing, this Court continued the stay.

Subsequent, Plaintiffs' counsel, Shelly Stangler, Esq., successfully withdrew as counsel and Plaintiffs now appear *pro se*.  The status of Plaintiffs' Petition for Post-Conviction Relief is unknown and no update has been provided by Plaintiffs.

On behalf of Defendant Tropeano, this office respectfully request the matter not be reopened.

Respectfully submitted,

Michael S. Simitz, Esq.

cc:  Mohammad K. Rahami, Jr.
      Mohammad Q. Rahami

Mohammad R. Rahami
104 Elmora Avenue
Elizabeth, NJ 07202