## LAW OFFICES OF GUY P. RYAN
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

GUY P. RYAN
CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

248-R WASHINGTON STREET
TOMS RIVER, NJ 08753
Phone:  (732) 341-7300
Fax:  (732) 341-7600
Email:  gryan@guyryanlaw.com

July 1, 2015

Honorable Leda D. Wettre, U.S.M.J.
Martin Luther King Building
US Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Rahami v. City of Elizabeth, et. al.
Civil Action No.: 2:11-cv-01953-KM-LDW
Our Client: Officer Harry deCabo

Dear Judge Wettre:

I represent defendant, Elizabeth Police Officer Harry deCabo with regard to the above referenced matter. I hereby join and adopt the correspondence submitted to Your Honor by Mr. Simitz dated June 30, 2015.

Thank you for your courtesies.

Respectfully,

GUY P. RYAN

GPR: klm
Cc:  All Counsel via ECF